IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Adolph, Barry Marc | Case Number: 06 B 06542 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/16/07 | Filed: 6/6/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 30, 2007
Confirmed: August 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,464.78 |  |
| Secured: |  | 16,350.35 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,192.05 |
| Trustee Fee: |  | 922.38 |
| Other Funds: |  | 0.00 |
| Totals: | 18,464.78 | 18,464.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,411.00 | 1,192.05 |
| 2. | Countrywide Home Loans Inc. | Secured | 6,216.00 | 4,867.39 |
| 3. | Countrywide Home Loans Inc. | Secured | 14,664.58 | 11,482.96 |
| 4. | Countrywide Home Loans Inc. | Secured | 650.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 2,094.58 | 0.00 |
| 6. | American Express Centurion | Unsecured | 5,950.43 | 0.00 |
| 7. | Amalgamated Bank Of Chicago | Unsecured | 1,659.32 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 10,765.81 | 0.00 |
| 9. | Target National Bank | Unsecured | 3.42 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 9,904.90 | 0.00 |
| 11. | Chase Bank | Unsecured | 3,016.15 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 343.73 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 851.87 | 0.00 |
| 14. | McGill Management Inc | Secured | | No Claim Filed |
| 15. | UPS Benefits Service Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 58,531.79 | $ 17,542.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 597.73 |
| 5.4% | 324.65 |
| | _____ |
| | $ 922.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Adolph, Barry Marc | Case Number:  06 B 06542 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/16/07 | Filed:  6/6/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*